■ SEAN RIVERA, an Infant, by His Mother and Natural Guardian, PAULINE LORENZO RIVERA, Respondent, v NEW YORK HEALTH AND HOSPITALS CORPORATION (BELLEVUE HOSPITAL CENTER AND GOUVERNEUR DIAGNOSTIC & TREATMENT CENTER), Appellant. [832 NYS2d 563]—Appeal from order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered May 31, 2006, which denied defendant's motion to preclude expert testimony consistent with the opinions set out in plaintiff's pediatric neurology expert witness disclosure, or alternatively, for a pretrial hearing, unanimously dismissed, without costs.

An evidentiary ruling made before trial is generally reviewable only in the context of an appeal from the judgment rendered after trial (*see Weatherbee Constr. Corp. v Miele*, 270 AD2d 182, 183 [2000]). Thus, no appeal lies from the order denying defendant's motion to preclude the proposed expert testimony (*see Rodriguez v Ford Motor Co.*, 17 AD3d 159, 160 [2005]). This is not a situation falling within the exception to the rule (*see Matter of City of New York v Mobil Oil Corp.*, 12 AD3d 77 [2004]), because the order defendant seeks to challenge does not limit the legal theory of the liability case (*see Rodriguez*, 17 AD3d at 160). Concur—Andrias, J.P., Friedman, Buckley, Sweeny and Catterson, JJ.